# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDIA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>　　　　Defendant. | Case No. 1: 21-cv-01099-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 11, 14) |

This action was removed to this Court on July 19, 2021. (ECF No. 1.) On September 30, 2021, the Court held a scheduling conference, and on October 1, 2021, a scheduling order issued. (ECF Nos. 10, 11.) Among other deadlines, the scheduling order set a nonexpert discovery deadline of June 3, 2022, and a dispositive motion filing deadline of April 29, 2022. (ECF No. 11.) On October 13, 2021, pursuant to the matters discussed at the September 30, 2021 scheduling conference, the parties filed a stipulation requesting the scheduling order be modified as to the dispositive motion briefing schedule, and the nonexpert discovery deadline related to such motions. (ECF No. 14.)

The parties request to establish a schedule for the filing of opposition and reply papers for summary judgment motions that allows for the opportunity to conduct additional discovery related to the motions. (Id. at 1.) The parties request that summary judgment motions be filed at least 50 days before the hearing on such motions; that the opposition be filed at least 14 days

1  before the motion is heard; and the reply paper at least 7 days before the motion is heard.  (Id. at
2  2.)  The parties also request that nonexpert discovery remain open until at the earliest, the date
3  the opposition papers are due.

4        As the parties were informed through the Amended Standing Order in Light of Ongoing
5  Judicial Emergency, District Judge Drozd is not currently hearing oral arguments on civil
6  motions.  (ECF No. 2-2 at 3.)  Instead, such motions are taken under submission without oral
7  argument, unless a hearing is considered to be necessary upon review of the filings.  (Id.)
8  However, the hearing date still governs the dates for filing of opposition and reply papers under
9  Local Rule 230(c)-(d).  (Id.)  Accordingly, to accommodate the parties' desire to set a hearing at
10 least 50 days after filing the dispositive motion, the parties shall set the hearing as desired on the
11 District Judge's calendar when filing the dispositive motion.  The Local Rule's dictates
12 concerning the opposition and reply periods are in line with the parties' request, and thus no
13 modification is necessary by this order.  However, through this order, the undersigned shall
14 extend the nonexpert discovery deadline to accommodate the parties' request for such deadline
15 to correspond with the filing of the opposition papers.

16       Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling
17 order's nonexpert discovery deadline is modified as follows:

18     1.    If the cut-off date for nonexpert discovery occurs before the last day to file
19         opposition papers to a summary judgment motion, the Parties may conduct fact
20         discovery relevant to opposing the motion notwithstanding the cut-off date; and

21     2.    The cut-off date, for purposes of discovery conducted in connection with
22         opposing a motion for summary judgment, will be whichever is later: the cut-off
23         date for all nonexpert discovery in the case, or the date the opposition papers are
24         due.

25 / / /
26 / / /
27 / / /
28 / / /

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:  **October 14, 2021**

_____
UNITED STATES MAGISTRATE JUDGE