1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| WARDIA VASQUEZ, | Case No.  1: 21-cv-01099-DAD-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| O'REILLY AUTO ENTERPRISES, LLC, | (ECF No. 18) |
| Defendant. | |

16

17     This action was removed to this Court on July 19, 2021.  (ECF No. 1.)  On October 1,

18  2021, a scheduling order issued.  (ECF No. 11.)  The scheduling order was most recently

19  modified on October 14, 2021, to allow for certain discovery to occur in relation to dispositive

20  motions. (ECF No. 15.)  No trial date is currently set in this matter.

21     On February 4, 2022, the parties filed a stipulation requesting discovery deadlines be

22  extended for a period of 90 days. (ECF No. 18.)  The parties proffer they are currently engaging

23  in settlement discussions and desire to complete additional depositions in relation to the

24  settlement discussions.  (Id.)  The Court finds good cause to grant the parties' request based on

25  all the parties' proffered reasons.

26  / / /

27  / / /

28  / / /

1

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1.  Dispositive Motion Filing Deadline: July 29, 2022[1];

2.  Expert Disclosure Deadline: August 19, 2022;

3.  Nonexpert Discovery Deadline: September 2, 2022;

4.  Supplemental Expert Disclosure Deadline: September 9, 2022; and

5.  Expert Discovery Deadline: October 7, 2022.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **February 7, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Since the filing of the initial joint scheduling report, the parties have requested that discovery remain open after the filing of dispositive motions.  (ECF No. 9 at 5.)