# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDIA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>　　　　Defendant. | Case No.  1: 21-cv-01099-DAD-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 24) |

This action was removed to this Court on July 19, 2021.  (ECF No. 1.)  On October 1, 2021, a scheduling order issued.  (ECF No. 11.)  No trial date is currently set in this matter.  On October 13, 2021, the parties filed a stipulated request to modify the scheduling order as follows: "summary judgment motions should be filed at least 50 days before they are heard, that Parties opposing a summary judgment motion shall file their opposition papers at least 14 days before the motion is heard, and Parties supporting a summary judgment motion shall file their reply papers at least 7 days before the motion is heard."  (ECF No. 14 at 2.)  The Court noted the following at the time regarding the request:

> As the parties were informed through the Amended Standing Order in Light of Ongoing Judicial Emergency, District Judge Drozd is not currently hearing oral arguments on civil motions. (ECF No. 2-2 at 3.) Instead, such motions are taken under submission without oral argument, unless a hearing is considered to be necessary upon review of the filings. (Id.) However, the hearing date still governs the dates for filing of opposition and

>reply papers under Local Rule 230(c)-(d). (Id.) Accordingly, to accommodate the parties' desire to set a hearing at least 50 days after filing the dispositive motion, the parties shall set the hearing as desired on the District Judge's calendar when filing the dispositive motion. The Local Rule's dictates concerning the opposition and reply periods are in line with the parties' request, and thus no modification is necessary by this order. However, through this order, the undersigned shall extend the nonexpert discovery deadline to accommodate the parties' request for such deadline to correspond with the filing of the opposition papers.

(ECF No. 17 at 2.)  The Court modified the nonexpert discovery deadline to align with the parties' request. (ECF No. 17.)

On February 7, 2022, the Court granted the parties' request to extend the dispositive motion filing deadline until July 29, 2022. (ECF No. 19.) On March 1, 2022, Local Rule 230 was amended, including its provisions pertaining to opposition and reply paper deadlines. The parties desire to modify the briefing schedule to align with their initial request pertaining to opposition and reply papers made prior to the rule change, and thus on May 16, 2022, filed a stipulated request to amend the briefing schedule to specify that dispositive motions shall be filed at least 50 days before the hearing on such motion; that any opposition shall be filed at least 14 days prior to the hearing; and any reply shall be filed at least 7 days before the hearing. (ECF No. 24.)

The Court finds good cause to grant and enter the stipulated request to modify the briefing schedule as to dispositive motions. However, the parties are informed that while Judge Drozd is not currently holding oral arguments on all motions, and given the intent of the modification to the Local Rules, to the extent a hearing is deemed necessary on the motion, the proximity of the opposition and reply papers to the potential hearing date may result in a delay of the hearing on such motion.

///

///

///

///

///

2

Pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that the stipulated motion to modify the scheduling order (ECF No. 24 ) is GRANTED, and the scheduling order is further modified as follows:

1. Summary judgment motions or other dispositive motions shall be heard on a date not sooner than 50 days after the dispositive motion filing deadline of July 29, 2022;

2. When any party files a motion for summary judgment or other dispositive motion, it shall select a hearing date not less than 50 days after the filing date;

3. The last day to file an opposition to the dispositive motion shall be 14 days before the hearing date; and

4. The last day to file a reply in support of the dispositive motion shall be 7 days before the hearing date.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:  **May 16, 2022**

UNITED STATES MAGISTRATE JUDGE