MICHAEL B. EISENBERG (Bar No. 178308)
mbe@laborlitigators.com
BRYAN W. EDGAR (Bar No. 304031)
bwe@laborlitigators.com
MICHAEL A. LEVY (Bar No. 269066)
mal@laborlitigators.com
ALEKSANDR BEYZER (Bar No. 325466)
ab@laborlitigators.com
EISENBERG & ASSOCIATES
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Telephone:  (213) 201-9331

Attorneys for Plaintiff WARDIA VASQUEZ

JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS (Bar No. 269556)
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:  (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant O'REILLY AUTO ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDIA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:21-cv-01099-KJM-CKD<br><br>**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES; ORDER**<br><br>District Judge:　Hon. Kimberly J. Mueller<br><br>Final PreTrial Conf.: October 31, 2024 at 10:00 a.m.<br>Courtroom.:　　3<br><br>Trial Date:　　Not Set<br>Complaint Filed:　November 13, 2020<br>Removed to Fed. Ct.:　July 19, 2021 |

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

12585544.1                                              1
JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES; ORDER

This stipulation is entered into by and between Plaintiff WARDIA VASQUEZ ("Plaintiff") and Defendant O'REILLY AUTO ENTERPRISES, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record.

1. On July 7, 2022, Defendant O'Reilly Auto Enterprises filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Dkt. 27).

2. On August 30, 2024, the Court issued an order granting Defendant's Motion for Summary Judgment in part, and setting a pretrial conference for October 4, 2024 at 10:00am. (Dkt. 42). In the order, the Court indicated that if the parties jointly agree to referral to a court-convened settlement conference with another judge of the court, they may file such a request in writing.

3. The Parties later asked the Court to move the pretrial conference back a couple of weeks due to counsel's observance of certain religious holidays. (Dkt. 43). The Court then reset the pretrial conference to October 31, 2024.

4. <u>Request for a Referral to a Court-Convened Settlement Conference</u>: Immediately after receiving the Court's ruling on Defendant's Motion for Summary Judgment, the Parties began engaging in informal settlement discussions.  The Parties believed that they would be able to reach a settlement without the assistance of a neutral.  However, the Parties now believe that a neutral is necessary.  Thus, the Parties respectfully ask that the Court refer this case to a court-convened settlement conference with another judge of the court.

5. <u>Request for 90-day Continuance of the Pretrial Conference</u>:  Given that the Parties are currently attempting to reach a settlement in this case, the Parties respectfully ask that the Court continue the pretrial conference and all related filing deadlines by 90 days.  With the current pretrial conference date of October 31, 2024, the Parties must expend significant resources to prepare, file, and serve the joint pretrial report by October 10, 2024. Thus, the Parties agree that moving the pretrial conference by 90 days will allow the Parties to engage in good faith settlement

discussions at a court-convened settlement conference which the Parties believe is in the best interest of the Parties and the Court.

**IT IS SO STIPULATED**.

Dated: October 1, 2024   EISENBERG & ASSOCIATES

By: */s/ Michael E. Eisenberg (as authorized on October 1, 2024)*
MICHAEL B. EISENBERG
BRYAN W. EDGAR
MICHAEL A. LEVY
ALEKSANDR BEYZER
Attorneys for Plaintiff WARDIA VASQUEZ

Dated: October 1, 2024   HIGGS FLETCHER & MACK LLP

By: */s/ Derek W. Paradis*
JAMES M. PETERSON
DEREK W. PARADIS
Attorneys for Defendant O'REILLY AUTO ENTERPRISES, LLC

**ORDER**

Good cause appearing:

1. This case is hereby referred to a court-convened settlement conference with another judge of the court.

2. The final pretrial conference is re-set to January 23, 2025 at 10:00 a.m. in Courtroom 3 before United States District Judge Kimberly J. Mueller.

3. The parties shall meet and confer and file a joint pretrial statement no later than twenty-one (21) days prior to the final pretrial conference.

**IT IS SO ORDERED.**

Dated: October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE